1 | J. Jonathan Hawk (SBN 254350)
  | jhawk@mwe.com
2 | **McDERMOTT WILL & EMERY LLP**
  | 2049 Century Park East, Suite 3200
3 | Los Angeles, CA  90067-3206
  | Telephone:     1 310 277 4110
4 | Facsimile:      1 310 277 4730

5 | Attorneys for Second Named Defendant
  | X CORP., Successor In Interest to First Named
6 | Defendant, Twitter, Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | Cresa Global, Inc.,                    | CASE NO.  3:23-cv-4642-PHK
11 |                   Plaintiff,           | **NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER APPROVING CHANGE IN COUNSEL**
12 |       v.
13 | Twitter, Inc. and X Corp., Inc.,
14 |                   Defendants.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, effective November 1, 2023, undersigned counsel for second named defendant X Corp., successor in interest to first named defendant Twitter, Inc. ("X Corp."), J. Jonathan Hawk, is no longer an attorney with the law firm of WHITE & CASE LLP, and is an attorney with the law firm of MCDERMOTT WILL & EMERY LLP. Mr. Hawk was X Corp.'s sole remaining counsel at WHITE & CASE in this matter. X Corp. thus designates the law firm of MCDERMOTT WILL & EMERY as its counsel of record in lieu and in place of the law firm of WHITE & CASE LLP. Under Local Rule 11-5 and Northern District of California General Order No. 45 IV.C, X Corp. respectfully requests that the Court approve this change in counsel.

Former Counsel:

> WHITE & CASE LLP
> J. Jonathan Hawk (SBN 254350)
> jhawk@whitecase.com
> 555 S. Flower Street, Suite 2700
> Los Angeles, CA 90071

New Counsel:

> MCDERMOTT WILL & EMERY LLP
> J. Jonathan Hawk (SBN 254350)
> jhawk@mwe.com
> 2049 Century Park East, Suite 3200
> Los Angeles, CA 90067
>
> Counsel for Second Named Defendant X Corp.,
> successor in interest to First Named Defendant Twitter, Inc.

THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN COUNSEL:

Dated: November 6, 2023

Respectfully submitted,

X CORP.

By: _____
Ben Elron

MCDERMOTT WILL & EMERY LLP

By: /s/ J. Jonathan Hawk
      J. Jonathan Hawk

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Dated: _____    _____
                                                           The Honorable Peter H. Kang
                                                           United States District Judge